UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARNEST LEE HAMILTON, | CASE NO. C25-5511JLR-SKV |
| Plaintiff, | ORDER |
| v. | |
| MILLER, et al., | |
| Defendants. | |

## I.    INTRODUCTION

Before the court is United States Magistrate Judge S. Kate Vaughan's March 4, 2026 report and recommendation, in which she recommends that the court grant the motions to dismiss Plaintiff Earnest Lee Hamilton's first amended complaint filed by Defendants Cameron Carillo and Pierce County.  (R&R (Dkt. # 35); Am. Compl. (Dkt. # 11); *see* Carillo Mot. (Dkt. # 23); Pierce County Mot. (Dkt. # 26).)  No objections were filed.  (*See generally* Dkt.)  The court has considered the report and recommendation, the relevant portions of the record, and the governing law.  Being fully advised, the court

ORDER - 1

ADOPTS Magistrate Judge Vaughan's report and recommendation and DISMISSES Mr. Hamilton's complaint with leave to amend.

## II.    ANALYSIS

A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters.  Fed. R. Civ. P. 72(b).  "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo* if objection is made, but not otherwise."  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

No party has filed objections in this matter.  (*See generally* Dkt.)  The court has carefully reviewed the report and recommendation and agrees with Magistrate Judge Vaughan's recommendations.  Therefore, the court ADOPTS Magistrate Judge Vaughan's report and recommendation in full.

## III.    CONCLUSION

For the foregoing reasons, the court ADOPTS Magistrate Judge Vaughan's report and recommendation (Dkt. # 35).  Accordingly, the court ORDERS as follows:

1.    Defendants' motions to dismiss (Dkt. ## 23, 26) are GRANTED;

2.    Claims 2-10, 13-14, and 19 in Mr. Miller's first amended complaint are DISMISSED.  Claims 6 and 9, which allege violations of the Washington Law Against Discrimination, are dismissed with prejudice, but the remaining claims addressed in Magistrate Judge Vaughan's report and recommendation are dismissed without prejudice.

ORDER - 2

3.        Mr. Miller may file, **by no later than April 30, 2026**, a motion for leave to amend his complaint that is accompanied by a proposed second amended complaint.  Any such motion must comply with Local Civil Rule 15,[1] and the accompanying proposed amended complaint **may not exceed forty (40) pages in length**.  The proposed second amended complaint will operate as a complete substitute for, rather than a mere supplement to, the operative first amended complaint.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).  Failure to file a timely motion for leave to amend that complies with Local Civil Rule 15 will result in the dismissal of Claims 2-10, 13-14, and 19 without further leave to amend.

4.        The Clerk is DIRECTED to send copies of this order to the parties and to Magistrate Judge Vaughan.

Dated this 31st day of March, 2026.

JAMES L. ROBART
United States District Judge

---

[1] "A party who moves for leave to amend a pleading must attach a copy of the proposed amended pleading as an exhibit to the motion.  The party must indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added.  The proposed amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits.  If a motion for leave to amend is granted, the party who was given leave to amend must file and serve the amended pleading on all parties within fourteen (14) days of the filing of the order granting leave to amend, unless the court orders otherwise." Local Rules W.D. Wash. LCR 15(a).

ORDER - 3