UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EARNEST LEE HAMILTON,

              Plaintiff,

   v.

MILLER, et al.,

              Defendants.

Case No. C25-5511-JLR-SKV

ORDER GRANTING MOTION FOR
EXTENSION OF TIME

Plaintiff filed a Motion Requesting More Time to Amend Pleadings, asking for a thirty-day extension of the April 30, 2026, deadline to file a proposed amended pleading.  *See* Dkts. 38-39.  Defendants did not submit any opposition or other response to the motion.  The Court, finding the request reasonable, herein GRANTS Plaintiff's motion, Dkt. 39, and extends the filing deadline to **June 1, 2026**.  As set forth in the prior Order of the Court, *see* Dkt. 38 at 3, Plaintiff is reminded that he may file a motion to amend, that the motion must be accompanied by a proposed second amended complaint and must comply with Local Civil Rule (LCR) 15, and that the proposed second amended complaint may not exceed forty (40) pages in length.  Plaintiff is also reminded that the amended complaint would operate as a complete substitute for, rather than a mere supplement to, the operative first amended complaint, *see Ferdik v. Bonzelet*, 963

ORDER GRANTING MOTION FOR EXTENSION
OF TIME - 1

F.2d 1258, 1262 (9th Cir. 1992), and that a failure to file a timely motion for leave to amend that complies with LCR 15 will result in the dismissal of Claims 2-10, 13-14, and 19 without further leave to amend.

Dated this 12th day of May, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION
OF TIME - 2